DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THEODORE MADISON TOWNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3548

[July 14, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 56-2010-CF-002781A.

Theodore Madison Towner, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***